IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | BANKRUPTCY NO. 19-21397-CMB |
| | ) | |
| Adam L. Koffman and Bobbi J. Koffman | ) | CHAPTER 13 |
| Debtor(s) | ) | DOCUMENT NO._____ |
| | ) | |
| Adam L. Koffman and Bobbi J. Koffman | ) | |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Select Portfolio Servicing, Inc., AES, | ) | |
| Bank of America, Calvary Portfolio Services, | ) | |
| ECMC, Portfolio Recovery, Santander, and | ) | |
| Ronda J. Winnecour, Chapter 13 Trustee | ) | |
| Respondents. | ) | |

**CERTIFICATION OF NO OBJECTION REGARDING**

**MOTION TO EXTEND AUTOMATIC STAY**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on April 23, 2019 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than May 1, 2019.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: May 2, 2019                        /s/Corey J. Sacca_____
                                          Corey J. Sacca, Esquire
                                          PA ID 306741
                                          Bononi & Company, P.C.
                                          20 North Pennsylvania Avenue
                                          Greensburg, PA 15601
                                          724-832-2499
                                          csacca@bononilaw.com

**PAWB Local Form 7 (07/13)**