IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | BANKRUPTCY NO. 19-21397-CMB |
| | ) | |
| Adam L. Koffman and Bobbi J. Koffman | ) | CHAPTER 13 |
| Debtor(s) | ) | |
| | ) | |
| Adam L. Koffman and Bobbi J. Koffman | ) | Related to: Document No. 18 |
| Movant | ) | |
| | ) | **ENTERED BY DEFAULT** |
| vs. | ) | |
| | ) | |
| Select Portfolio Servicing, Inc.,  AES, | ) | |
| Bank of America, Calvary Portfolio Services, | ) | |
| ECMC, Portfolio Recovery, Santander, and | ) | |
| Ronda J. Winnecour, Chapter 13 Trustee | ) | |
| Respondents. | ) | |

ORDER

AND NOW, this ____2nd____ day of ____May____, 2019 upon consideration of Debtor's Motion to Extend Stay it is hereby ORDERED, ADJUDGED, and DECREED the Automatic Stay of 11 U.S.C. 362(a) is hereby extended to all named respondents for the duration of the Chapter 13 proceeding or until such time as the stay is terminated under 11 U.S.C. 362(c)1) or (c)(2), or a Motion for Relief is granted under Section 362(d), or until further Order of Court.

BY THE COURT:

Carlota M. Böhm                    glb
Chief United States Bankruptcy Judge

FILED
5/2/19 8:04 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 19-21397-CMB
Adam L Koffman                                                            Chapter 13
Bobbi J. Koffman
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: gamr              Page 1 of 1              Date Rcvd: May 02, 2019
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 04, 2019.
db/jdb         +Adam L Koffman,   Bobbi J. Koffman,   119 Deer Road,   Saltsburg, PA 15681-2415

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 04, 2019                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 2, 2019 at the address(es) listed below:
              Corey J. Sacca    on behalf of Debtor Adam L Koffman csacca@bononilaw.com,
               coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com
              Corey J. Sacca    on behalf of Joint Debtor Bobbi J. Koffman csacca@bononilaw.com,
               coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com
              James Warmbrodt    on behalf of Creditor    The Bank of New York Mellon as Trustee for CWABS, Inc.
               Asset-Backed Certificates, Series 2005-4 bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 5