Form RSC13

# United States Bankruptcy Court

## WESTERN DISTRICT OF PENNSYLVANIA

### ORDER AND RESCHEDULED MEETING NOTICE
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

### Case No. <u>19–21397–CMB</u>

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):

| | |
|---|---|
| Adam L Koffman | Bobbi J. Koffman |
| 119 Deer Road | 119 Deer Road |
| Saltsburg, PA 15681 | Saltsburg, PA 15681 |

Social Security No.:
  xxx–xx–2711                    xxx–xx–4677

Employer's Tax I.D. No.:

NAME/ADDRESS OF ATTORNEY FOR DEBTOR
Corey J. Sacca
Bononi & Company
20 North Pennsylvania Ave.
Greensburg, PA 15601
Telephone number:  724–832–2499

NAME/ADDRESS OF TRUSTEE
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
Telephone number:  412–471–5566

DATE/TIME/LOCATION OF MEETING OF CREDITORS
June 10, 2019
11:00 AM
3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219

CONFIRMATION HEARING DATE/TIME/LOC
June 10, 2019
11:00 AM
3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: <u>5/10/19</u>

BY THE COURT

<u>Carlota M. Bohm</u>
Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 19-21397-CMB
Adam L Koffman                                                            Chapter 13
Bobbi J. Koffman
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: mgut          Page 1 of 1          Date Rcvd: May 10, 2019
                             Form ID: rsc13       Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 12, 2019.
db/jdb        +Adam L Koffman,    Bobbi J. Koffman,    119 Deer Road,    Saltsburg, PA 15681-2415
15027716      +Aes/pheaafrn,    Pob 61047,    Harrisburg, PA 17106-1047
15027717      +Bank of America,    P.O. Box 660933,    Dallas, TX 75266-0933
15027719       ECMC,    PO Box 16408,    Saint Paul, MN 55116-0408
15046109      +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147
15027721      +Santander,    Po Box 961245,    Ft Worth, TX 76161-0244

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 11 2019 02:23:01      Pennsylvania Dept. of Revenue,
               Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
               Harrisburg, PA  17128-0946
15027718      +E-mail/Text: bankruptcy@cavps.com May 11 2019 02:23:28      Calvary Portfolio Services,
               Attention: Bankruptcy Department,     500 Summit Lake Dr. Suite 400,    Valhalla, NY 10595-2321
15027720       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 11 2019 02:36:02
               Portfolio Recovery,    Attn: Bankruptcy,    Po Box 41067,    Norfolk, VA 23541
15027722      +E-mail/Text: jennifer.chacon@spservicing.com May 11 2019 02:23:54
               Select Portfolio Servicing, Inc,    Attn: Bankruptcy,    Po Box 65250,
               Salt Lake City, UT 84165-0250
                                                                                   TOTAL: 4

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             The Bank of New York Mellon as Trustee for CWABS,
                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2019                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 10, 2019 at the address(es) listed below:
              Corey J. Sacca    on behalf of Debtor Adam L Koffman csacca@bononilaw.com,
              coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com
              Corey J. Sacca    on behalf of Joint Debtor Bobbi J. Koffman csacca@bononilaw.com,
              coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com
              James Warmbrodt    on behalf of Creditor    The Bank of New York Mellon as Trustee for CWABS, Inc.
              Asset-Backed Certificates, Series 2005-4 bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                   TOTAL: 5