**Form RSC13**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 19–21397–CMB**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):

| | |
|---|---|
| Adam L Koffman | Bobbi J. Koffman |
| 119 Deer Road | 119 Deer Road |
| Saltsburg, PA 15681 | Saltsburg, PA 15681 |

Social Security No.:
xxx–xx–2711                                    xxx–xx–4677

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Corey J. Sacca | Ronda J. Winnecour |
| Bononi & Company | Suite 3250, USX Tower |
| 20 North Pennsylvania Ave. | 600 Grant Street |
| Greensburg, PA 15601 | Pittsburgh, PA 15219 |
| Telephone number:  724–832–2499 | Telephone number:  412–471–5566 |

| DATE/TIME/LOCATION OF MEETING OF CREDITORS | CONFIRMATION HEARING DATE/TIME/LOC |
|---|---|
| July 22, 2019 | July 22, 2019 |
| 01:00 PM | 01:00 PM |
| 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 | 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 |

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 6/13/19                                    BY THE COURT

Carlota M. Bohm
Judge