# MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS
## AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: **Koffman**      JAD/TPA/(CMB)/GLT

Case Number: **19-21397**

Date of Meeting: **7/22/19**      Recording #: **15**

Debtor(s) present **✓** or Not Present ___ (___No Payments Made or ___ partial payments)

Attorney for debtor(s): **Sacco** (Present **✓** or Not Present ___)

Date of Plan at § 341: **4/4/19**      Applicable commitment period ___ 3 yrs **✓** 5 yrs

*2018 on ext.*
*2017 was rejected. Will refile.*

FILED 2019 JUL 24 AM 9:50 CLERK U.S. BANKRUPTCY COURT PITTSBURGH

___ Meeting HELD and CONCLUDED
**✓** Meeting HELD but CONTINUED (not closed)
___ Meeting NOT HELD
           ___ Order to Show Cause Requested
           ___ To be rescheduled by Clerk

**X** Confirmation Order recommended ___ Final **X** Interim
___ Amended Plan due: _____; Objections due: _____

___ Trustee recommends dismissal of the case (Debtor consents)
___ Trustee recommends dismissal of the case (Debtor does not consent)*
___ Trustee recommends dismissal of the case (Debtor has no defense)
___ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
**X** Continued to:
    ___ 341 Meeting OR **X** Conciliation Conf. OR ___ *Contested Hearing
On **12/5/19** at **10:00 am/pm** Location **3250**

_Jana Paul_
Chapter 13 Trustee/Attorney for Trustee