IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Adam L Koffman and Bobbi J. Koffman,<br>    Debtor(s) | Bankruptcy No. 19-21397-CMB<br><br>Chapter 13 |
| Adam L Koffman and Bobbi J. Koffman,<br>    Movant(s)<br>               v.<br><br>    Respondant(s) | Document No. 41 |

**CERTIFICATE OF NO OBJECTION REGARDING MOTION FOR POST-PETITION FINANCING TO PURCHASE VEHICLE**

The undersigned hereby certifies that, as of the December 11, 2019 hereof, no answer, objection or other responsive pleading to the Motion For Post-Petition Financing To Purchase Vehicle filed on November 22, 2019 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than December 10, 2019.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court

                                                                      Respectfully submitted,

Date of Service: <u>December 11, 2019</u>          <u>*/s/ **Corey J. Sacca***</u>
                                                                   Corey J. Sacca, Esquire
                                                                   20 N. Pennsylvania Ave, Suite 201
                                                                   Greensburg, PA  15601-2337
                                                                   csacca@bononilaw.com
                                                                   (724) 832-2499
                                                                   PA ID# 306741