UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Adam L Koffman and Bobbi J. Koffman,<br>    Debtor(s)<br><br>The Bank of New York Mellon as Trustee for CWABS, Inc, Asset-Backed Certificates, Series 2005-4,<br>    Movant(s)<br>              v.<br>Adam L Koffman and Bobbi J. Koffman, and Ronda J. Winnecour, Trustee<br>    Respondent(s) | Bankruptcy No. 19-21397-CMB<br><br>Chapter 13<br><br><br><br>Related to Claim # 3 |

## DECLARATION THAT EXISTING CHAPTER 13 PLAN IS SUFFICIENT TO FUND THE PLAN WITH THE MODIFIED DEBT

1. The Bank of New York Mellon as Trustee for CWABS, Inc, Asset-Backed Certificates, Series 2005-4 filed a Notice of Mortgage Payment Change on December 30, 2019.
2. Debtor's current escrow account payment remains unchanged.
3. Debtor's current principal and interest payment is $1,449.82 per month.
4. Debtor's new principal and interest payment is $1,108.32 per month.
5. Debtor's new total payment is $1,386.51 per month.
6. Debtor believes and avers that the current confirmed plan is sufficient without the need for amendment.

Date:  January 2, 2020

/s/ Corey J. Sacca
Corey J. Sacca, Esq.
PA ID # 306741
Bononi & Company, P.C.
20 North Pennsylvania Ave, Suite 201
Greensburg, PA 15601
(724) 832-2499
csacca@bononilaw.com