UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Adam L Koffman and Bobbi J. Koffman,<br>       Debtor(s)<br><br>The Bank of New York Mellon as Trustee for CWABS, Inc. Asset-Backed Certificates, Series 2005-4,<br>       Movant(s)<br>                           v.<br>Adam L Koffman, Bobbi J. Koffman, and Ronda J. Winnecour, Trustee<br>       Respondent(s) | Bankruptcy No. 19-21397-CMB<br><br>Chapter 13<br><br><br>Related to Claim # 3 |

## DECLARATION THAT EXISTING CHAPTER 13 PLAN IS SUFFICIENT TO FUND THE PLAN WITH THE MODIFIED DEBT

1. The Bank of New York Mellon as Trustee for CWABS,
2. Inc. Asset-Backed Certificates, Series 2005-4 filed a Notice of Mortgage Payment Change on April 29, 2020.
3. Debtor's current escrow account payment was $278.19 per month.
4. Debtor's new escrow account payment is $278.87 per month.
5. Debtor's principal and interest payment remains unchanged
6. Debtor's new total payment is $1,387.19 per month.
7. Debtor believes and avers that the current confirmed plan is sufficient without the need for amendment.

Date:  April 29, 2020         /s/ Corey J. Sacca____
                              Corey J. Sacca, Esq.
                              PA ID # 306741
                              Bononi & Company, P.C.
                              20 North Pennsylvania Ave, Suite 201
                              Greensburg, PA 15601
                              (724) 832-2499
                              csacca@bononilaw.com