IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Bobbi J. Koffman<br>Adam L. Koffman<br>　　　　　Debtors<br><br>The Bank of New York Mellon as Trustee for CWABS, Inc. Asset-Backed Certificates, Series 2005-4<br><br>　　　　　Movant<br>　　v.<br>Bobbi J. Koffman<br>Adam L. Koffman<br>　　　　　Respondents<br>　　　　and<br>Ronda J. Winnecour, Trustee<br>　　　　　Additional Respondent | NO. 19-21397-CMB<br><br>Chapter 13<br><br>Related to: Document Nos. 55 and 163 |

## ORDER

Upon consideration of the Motion filed by The Bank of New York Mellon as Trustee for CWABS, Inc. Asset-Backed Certificates, Series 2005-4, it is **Ordered** and **Decreed** that the Motion is **granted**, and the hearing scheduled for May 12, 2020 at 10:00 a.m. is hereby continued to a TELEPHONIC Hearing on June 24, 2020 at 10:00 a.m. before Judge Carlota M. Böhm. Parties or counsel of record who intend to participate in the hearing shall appear telephonically and shall make arrangements as directed by Judge Böhm's Modified Procedures at http://www.pawb.uscourts.gov/procedures-1 at lease 24 hours in advance.

_Carlota M. Böhm_　glb
Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
5/11/20 10:56 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                          Case No. 19-21397-CMB
Adam L Koffman                                                                                  Chapter 13
Bobbi J. Koffman
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: gamr                  Page 1 of 1              Date Rcvd: May 11, 2020
                               Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 13, 2020.
db/jdb         +Adam L Koffman,   Bobbi J. Koffman,   119 Deer Road,   Saltsburg, PA 15681-2415

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2020                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 11, 2020 at the address(es) listed below:
          Corey J. Sacca    on behalf of Debtor Adam L Koffman csacca@bononilaw.com,
           coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;
           3230706420@filings.docketbird.com
          Corey J. Sacca    on behalf of Joint Debtor Bobbi J. Koffman csacca@bononilaw.com,
           coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;
           3230706420@filings.docketbird.com
          James Warmbrodt    on behalf of Creditor   The Bank of New York Mellon as Trustee for CWABS, Inc.
           Asset-Backed Certificates, Series 2005-4 bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                               TOTAL: 5