# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

- **Debtor:** ADAM L & BOBBI J. KOFFMAN
- **Case Number:** 19-21397-CMB    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, MAY 21, 2020 10:00 AM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

### Matter:

#7 - Chatper 13 Plan Dated 04/04/2019 (NFC)
R / M #: 7 / 0

### Appearances:

- Debtor: Sacca
- Trustee: Winnecour / Pail / Katz / DeSimone
- Creditor:

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor to inform Court within _____ days their preference to Convert or Dismiss
6. _____ Plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. ✓ Contested Hearing: 6/3/20 at 10:00 AM
10. _____ Other:

Handwritten notes: Trustee still lacks confirmation that 2017 taxes were refiled & 2018 return was filed. In addition, groway arrears. Need to make sure plan is on track and returns filed, plan is feasible & payments made.

FILED
5/22/20 3:35 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

5/13/2020   2:36:50PM