# PROCEEDING MEMO

**Date: 06/03/2020 10:00 am**

**In re:**  **Adam L Koffman**
            **Bobbi J. Koffman**

Bankruptcy No. 19-21397-CMB
Chapter: 13
Doc. # 7

**Appearances:  BY PHONE:  Kate DeSimone**
                          **Corey J. Sacca**

**Nature of Proceeding:** #7 Telephonic Contested Hearing Re: Chapter 13 Plan Dated 04/04/2019

**Additional Pleadings:** #7 Chapter 13 Plan Dated 04/04/2019
             #38 Minutes of 341 Meeting Dated 07/22/2019
             #39 Interim Confirmation Order Dated 07/25/2019
             #43 Interim Confirmation Order Dated 12/10/2019
             #44 Conciliation Conference Minutes Dated 12/05/2019
             #50 Conciliation Conference Minutes Dated 02/27/2020
             #66 Conciliation Conference Minutes Dated 05/21/2020

**Judge's Notes:**
 - Sacca: Debtors are wage attached. Tax returns filed and sent to the Trustee's office.
 - DeSimone: There is a history of partial payments and arrears over $10,000.

 - OUTCOME: Continued to 8/5 at 11am.

**Carlota M. Böhm**
**Chief U.S. Bankruptcy Judge**

FILED
6/3/20 2:59 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                                        Case No. 19-21397-CMB
Adam L Koffman                                                                Chapter 13
Bobbi J. Koffman
       Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2           User: gamr                Page 1 of 1              Date Rcvd: Jun 03, 2020
                               Form ID: pdf900           Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 05, 2020.
db/jdb          +Adam L Koffman,   Bobbi J. Koffman,   119 Deer Road,   Saltsburg, PA 15681-2415

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2020                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 3, 2020 at the address(es) listed below:
          Corey J. Sacca    on behalf of Debtor Adam L Koffman csacca@bononilaw.com,
           coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;
           3230706420@filings.docketbird.com
          Corey J. Sacca    on behalf of Joint Debtor Bobbi J. Koffman csacca@bononilaw.com,
           coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;
           3230706420@filings.docketbird.com
          James  Warmbrodt     on behalf of Creditor   The Bank of New York Mellon as Trustee for CWABS, Inc.
           Asset-Backed Certificates, Series 2005-4 bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                            TOTAL: 5