# PROCEEDING MEMO

**Date: 06/24/2020 10:00 am**

**In re:**  **Adam L Koffman**
**Bobbi J. Koffman**

Bankruptcy No. 19-21397-CMB
Chapter: 13
Doc. # 55

**Appearances:** BY PHONE: Ronda Winnecour; James C. Warmbrodt; Cory J. Sacca

**Nature of Proceeding:** #55 CONTINUED Hearing Re: Motion For Relief From The Automatic Stay (Creditor: The Bank of New York Mellon - 119 Deer Road, Saltsburg, PA 15681)

**Additional Pleadings:**  #55 Motion For Relief From The Automatic Stay
#60 Amended Response by Debtors
#63 Motion To Continue Hearing
#64 Order Signed 05/11/20 Granting Docket #63.  The TELEPHONIC Hearing scheduled for 05/12/2020 at 10:00 a.m. is CANCELLED and CONTINUED to: 06/24/2020 at 10:00 a.m.

**Judge's Notes:**
 - Warmbrodt: Receiving only partial payments; no equity in property.
 - Sacca: Filed new plan on June 4th. Believe have sufficient income to bring this current through an extended plan. Do not dispute lack of equity. New plan would resolve issues.
 - Conciliation on 7/30.
 - Parties to consider entering into consent order with drop-dead language.
 OUTCOME: cont'd to 8/26 at 10am.

**Carlota M. Böhm**
**Chief U.S. Bankruptcy Judge**

FILED
6/24/20 1:52 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Adam L Koffman  
Bobbi J. Koffman  
    Debtors

Case No. 19-21397-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: gamr     Page 1 of 1     Date Rcvd: Jun 24, 2020  
                    Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2020.  
db/jdb        +Adam L Koffman,    Bobbi J. Koffman,    119 Deer Road,    Saltsburg, PA 15681-2415

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                               TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2020                              Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2020 at the address(es) listed below:  
       Corey J. Sacca     on behalf of Debtor Adam L Koffman csacca@bononilaw.com,  
        coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;  
        3230706420@filings.docketbird.com  
       Corey J. Sacca     on behalf of Joint Debtor Bobbi J. Koffman csacca@bononilaw.com,  
        coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;  
        3230706420@filings.docketbird.com  
       James Warmbrodt     on behalf of Creditor     The Bank of New York Mellon as Trustee for CWABS, Inc. Asset-Backed Certificates, Series 2005-4 bkgroup@kmllawgroup.com  
       Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov  
       Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com  
                                                           TOTAL: 5