# PROCEEDING MEMO

**Date:** 08/26/2020 10:00 am

**In re:** Adam L Koffman
Bobbi J. Koffman

Bankruptcy No. 19-21397-CMB
Chapter: 13
Doc. # 55

**Appearances:** BY PHONE: Kate DeSimone
James C. Warmbrodt;  Cory J. Sacca

**Nature of Proceeding:** #55 CONTINUED Hearing Re: Motion For Relief From The Automatic Stay (Creditor: The Bank of New York Mellon - 119 Deer Road, Saltsburg, PA 15681)

**Additional Pleadings:**
#55 Motion For Relief From The Automatic Stay
#60 Amended Response by Debtors
#63 Motion To Continue Hearing
#64 Order Signed 05/11/20 Granting Docket #63.  The TELEPHONIC Hearing scheduled for 05/12/2020 at 10:00 a.m. is CANCELLED and CONTINUED to: 06/24/2020 at 10:00 a.m.
#75 Proceeding Memo from 06/24/2020 Hearing - Continued to: 08/26/2020 at 10:00 a.m.

**Judge's Notes:**
- Payments made each month Feb-July. Though still behind, amended plan confirmed 8/4.  New plan should take care of arrearages.
OUTCOME: Denied without prejudice. Order entered.
Debtors must stay current or may grant a renewed request by creditor.

**Carlota M. Böhm**

**Chief U.S. Bankruptcy Judge**

FILED
8/26/20 2:15 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA