UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Adam L Koffman and Bobbi J. Koffman,<br>    Debtor(s) | Bankruptcy No. 19-21397-CMB |
| | Chapter 13 |
| The Bank of New York Mellon as Trustee for CWABS, Inc. Asset-Backed Certificates, Series 2005-4,<br>    Movant(s)<br>v.<br>Adam L Koffman, Bobbi J. Koffman, and Ronda J. Winnecour, Trustee<br>    Respondent(s) | Related to Claim # 3 |

## DECLARATION THAT EXISTING CHAPTER 13 PLAN IS SUFFICIENT TO FUND THE PLAN WITH THE MODIFIED DEBT

1. The Bank of New York Mellon as Trustee for CWABS,
2. Inc. Asset-Backed Certificates, Series 2005-4 filed a Notice of Mortgage Payment Change on March 9, 2021.
3. Debtor's current escrow account payment was $278.87 per month.
4. Debtor's new escrow account payment is $278.27 per month.
5. Debtor's principal and interest payment remains unchanged
6. Debtor's new total payment is $1,386.59per month.
7. Debtor believes and avers that the current confirmed plan is sufficient without the need for amendment.

Date: March 9, 2021          /s/ Corey J. Sacca____
Corey J. Sacca, Esq.
PA ID # 306741
Bononi & Company, P.C.
20 North Pennsylvania Ave, Suite 201
Greensburg, PA 15601
(724) 832-2499
csacca@bononilaw.com