**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>ADAM L KOFFMAN<br>BOBBI J. KOFFMAN<br>      Debtor(s)<br><br>Ronda J. Winnecour<br>      Movant<br>   vs.<br>No Repondents. | Case No.:19-21397 CMB<br><br>Document No.: |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 04/04/2019 and confirmed on 07/25/2019. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 28,281.30 |
| Less Refunds to Debtor | 3,030.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 25,251.30 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 2,924.31 | |
|    Trustee Fee | 1,548.55 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,472.86 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   BANK OF NEW YORK MELLON - TRUSTEE<br>    Acct: 7143 | 0.00 | 20,778.44 | 0.00 | 20,778.44 |
|   BANK OF NEW YORK MELLON - TRUSTEE<br>    Acct: 7143 | 14,696.17 | 0.00 | 0.00 | 0.00 |
| | | | | 20,778.44 |
| **Priority** | | | | |
|   COREY J SACCA ESQ<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   ADAM L KOFFMAN<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   ADAM L KOFFMAN<br>    Acct: | 1,212.00 | 1,212.00 | 0.00 | 0.00 |
|   ADAM L KOFFMAN<br>    Acct: | 1,818.00 | 1,818.00 | 0.00 | 0.00 |
|   BONONI & COMPANY<br>    Acct: | 4,000.00 | 2,924.31 | 0.00 | 0.00 |
|   BONONI & COMPANY<br>    Acct: | 3,000.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| | * * * N O N E * * * | | | |
| Unsecured | | | | |
| PHEAA FRN | 9,784.73 | 0.00 | 0.00 | 0.00 |
| Acct: 4677 | | | | |
| BANK OF AMERICA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CAVALRY PORTFOLIO SERVICES LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9291 | | | | |
| ECMC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4344 | | | | |
| SANTANDER CONSUMER USA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1000 | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS | 2,050.39 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | * * * N O N E * * * | | | |

| | | |
|---|---|---:|
| **TOTAL PAID TO CREDITORS** | | 20,778.44 |
| TOTAL CLAIMED | | |
| PRIORITY | 0.00 | |
| SECURED | 14,696.17 | |
| UNSECURED | 11.835.12 | |

Date: 11/07/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com